RICHARD M. HOMAN v. JOYCE S. HOMAN.

June 16, 1982.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF CARL C. FUNK, DECEASED.

June 16, 1982.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF CARL C. FUNK, DECEASED.

June 16, 1982.

Petition for certification denied.

JOEL S. SOKOL, D.D.S. v. NEW JERSEY STATE COMMISSION OF INVESTIGATION.

June 16, 1982.

Petition for certification denied.